In The Supreme Court For The                    United States of America

Keith Russell Judd For President of USA,              No. 2.00-0213

v

United States of America, et al.                 Jurisdiction
                                                 28 U.S.C. § 1251

Emergency Federal Presidential Election Complaint: Re Ballot Access For General Election 11-7-2000
Petition For Writ of Mandamus For Ballot Access To Keith Russell Judd For President of USA, FEC C00302919

Petitioner Keith Russell Judd For President of USA, FEC# C00302919, at (800)424-9530, (800)460-9477, U.S. Passport No. 132617459, Ector County Texas Voter Reg. #9800838, SSN: 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, New Mexico Drivers Licence # 036844523, Badge No. A2279, at (505)242-2677, or (505)765-9200, NM Plate No. ASK-440, asks that on Emergency Writ of Mandamus immediately issue to require the State to place the single name of "Keith Russell Judd For President of USA U.S. Passport No. 132617459" on the Ballot for the 11-7-2000 General Election For President of the United States. Petitioner ProSe, is an inmate confined to an institution proceeding on appeal in the Supreme Court of USA under Criminal Justice Act, 18 U.S.C. § 3006A, and has been granted leave to proceed in forma pauperis pursuant to Supreme Court Rule 39.1. Article IV of U.S. Const. requires this Court to give Full Faith and Credit to judicial acts of Supreme Court pursuant to the supremacy Clause of Article VI of U.S. Constitution. Petitioner asks for free process, No. 98-1078, Tex. Sp. Ct.

Petitioner asks for mandamus to issue giving "Keith Russell Judd For President of USA U.S. Passport No. 132617459" Ballot Access without costs or fees, Voting Rights Act, 42 U.S.C. § 1973, et seq.; Harper v. Virginia Bd. of Elections, 383 U.S. 663 (1966); Lubin v. Panish, 415 U.S. 709 (1974)(filling fees for Ballot Access violates Equal Protection to indigent persons); Bullock v. Carter, 405 U.S. 134 (1972)(filing fees or voter petitions are not alternative means of gaining place on ballot); Shapiro v. Thompson, 394 U.S. 618 (1969)(wealth is suspect class, and residency requirement violate Constitution); The First Amendment protects the individual's voice and vote, not the financial amplifier, Red Lion Broadcasting Co. v. FCC, 395 U.S. 367 (1969); Judd v. FEC, et al, No. 98-1078 (D.C. Cir 1999); Judd v. KOAT TV, et al, USDCNM No. CIV-97-1278; No. 99-     (10th Cir 2000). Petitioner was denied a ballot position by this State in the 1996 Election For President of USA, www.Vote-Smart.org; www.fec.gov; FreedomChannel.com; (915)580-7777. Petitioner is a Non-party candidate as Constitution does require association with a political party and First Amendment provides the Right Not To Associate, 18 U.S.C. § 3056. As Voting is a private affair, voters petitions and financial contribution reports violate this Right of Privacy, Voting Rights Act 42 U.S.C. § 1973; Judd v. New Mexico, S.Ct No. 94-6700 (1995), et al. Article II requires that Electors be We The People of the United States Preamble to U.S. Constitution. Pre-Technology Electors are out-dated and do not represent the People, Reynolds v. Sims, 377 U.S. 533 (1964)(one-man, one vote principle). The First President of the United States, John Hancock, signed the Declaration of Independence, providing, "Governments are instituted among Men, deriving their just powers from the consent of the governed." First Amendment provides individuals the Right to Petition the Government for Redress of Greivances. Article II and 12th Amendment require the President to be voted on, and elected before and separate from Vice President, as Vice President is President of Senate and votes on ties, Article I, Sec. 3, Cl. 4. A single vote for both President and Vice President violates separation of Powers between Legislative and Executive, Buckley v. Valeo, 424 U.S. 1 (1976). As such, Lt. Governor is voted on separate from Governor, Davis v. Sparks, 449 U.S. 24 (1980); 18 U.S.C. § 241, 242; Judd v. U.S. Dist Court et USDC No. MO-98-CA-167; 5th Cir. Nos. 98-11862, 51118, 51195; Supreme Court No. 99-5260. Petitioner registered with this State on the Federal Election Commission in 1995, 1996, 1997, 1998, 1999, 2000 but was denied a place on Ballot. Petitioner is mentally disabled with Bi Polar Mental Illness, and is entitled to ballot access under the Americans With Disabilities Act, 42 U.S.C. § 12101, et seq.; 28 U.S.C. § 1443, 1446; 2 U.S.C. § 431, et seq.; "Equal Protection of The Law Clause of 14th Amendment; U.S. Constitution Annotated, et al. A single vote for Clinton-Gore does not count as any vote for anyone. As such, Keith Russell Judd For President of USA U.S. Passport No. 132617459, is the Legal President of the United States at Present, 18 U.S.C. § 3056. USA v. Judd, USDC No. MO-98-CR-093 5th Cir. Nos. 98-51081, et al; Supreme Court Nos. 98-7575, et al.     Respectfully Submitted,

Keith Russell Judd For President of USA U.S. Passport No. 132617459, (800)460-9477, (505)263-0595, (915)367-0888     Feb. 19, 2000
FCI Big Spring, 1900 Simler Ave, Big Spring, Texas, 79720
(915)580-7777, (505)424-9530,
c/o U.S. Secret Service, (915)553-6950   (505)255-4025   Jurisdictional Statement 28 U.S.C. § 1631

Judd, #11593-051
FCI Big Spring
900 Simler Ave
Big Spring, Tx, 79720

RETURNED TO SENDER

UNDELIVERABLE AS ADDRESSED NO FORWARDING ORDER ON FILE

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL CORRECTIONAL INSTITUTION
BIG SPRING, TEXAS 79720-6085

Legal Mail 2-26-00

... was processed through special ... The letter has been ... nor inspected. If the writer raises a question or problem ... which this facility has jurisdiction, you may wish to return the material for further information or clarification. If ... encloses correspondence for forwarding to another ... the enclosure to the above address.

Keith Russell Judd, Attorney
Legal Research, Inc
P.O. Box 863
Odessa, Texas, 79760

RECEIVED
00 MAR -2 AM 9:59

---

Judd, #11593-051
FCI Big Spring
900 Simler Ave
Big Spring, Tx, 79720

Legal Mail

RETURNED TO SENDER
2-2?
REFUSED

MIDLAND ... LEGAL MAIL FAC USPS
28
2000

In The United States District Court
For The Western District of Texas
200 E, Wall Street
Midland, Texas, 79701-5217

Refuzed
MW

Return to Sender

RECEIVED
AM 9:59

---

Judd, #11593-051
FCI Big Spring
900 Simler Ave
Big Spring, Tx, 79720

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL CORRECTIONAL INSTITUTION
BIG SPRING, TEXAS 79720-6085

Legal Mail 2/26/2000

... processed through special mailing ... The letter has been neither opened nor inspected. If the writer raises a question or problem ... which this facility has jurisdiction, you may wish to ... for further information or clarification. If ... for forwarding to another ... the above address.

MIDLAND ... USPS

ODESSA TX 797 03

MNO
117

RETURNED TO SENDER
MOVED, LEFT NO ADDRESS

Keith Russell Judd, Attorney
Legal Research, Inc,
Vista Plaza
Odessa, Texas, 79761

RECEIVED
00 MAR -2 AM 9:59