IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH RUSSELL JUDD,

        Plaintiff,

v.                                      CIVIL ACTION NO. 2:00-0213

UNITED STATES OF AMERICA, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

    Pending before the court is the plaintiff's motion for relief from judgment [Docket 54]. On June 8, 2005, the court entered an order in which the court stated that it lacked jurisdiction over this matter. The court entered judgment against the plaintiff and further ordered him to refrain from any additional filings in this court. Because the plaintiff's instant motion was entered on the same date as that order, and appears to have "crossed in the mail," the court does not impose sanctions on the plaintiff at this time. The motion [Docket 54] is hereby **DENIED** in accordance with the court's June 8 finding that it lacks jurisdiction over this matter.

    The Court **DIRECTS** the Clerk to send a copy of this Written Opinion and Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

                                  ENTER:      June 17, 2005

                                    JOSEPH R. GOODWIN
                                    UNITED STATES DISTRICT JUDGE